No. 97–1398. Cross et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 97–1405. Said v. Runyon, Postmaster General. C. A. 1st Cir. Certiorari denied.

No. 97–1409. Koskela et al. v. King County et al.; and No. 97–7859. Scannell v. King County et al. Sup. Ct. Wash. Certiorari denied. Reported below: 133 Wash. 2d 584, 949 P. 2d 1260.

No. 97–1412. Maher v. Long Island University et al. C. A. 2d Cir. Certiorari denied.

No. 97–1436. Isgro v. New York State Freshwater Wetland Appeals Board. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 97–1437. Yohn v. University of Michigan Regents et al. C. A. 6th Cir. Certiorari denied.

No. 97–1438. Clement v. Virginia Board of Bar Examiners. C. A. 4th Cir. Certiorari denied.

No. 97–1457. Center for Study and Application of Black Economic Development v. Federal Communications Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 97–1460. United We Stand, America, New York, Inc., et al. v. United We Stand America. C. A. 2d Cir. Certiorari denied.

No. 97–1464. Newco, Inc. v. Cessna Aircraft Co. C. A. 4th Cir. Certiorari denied.

No. 97–1466. Salzman v. BFI Tire Recyclers of MN, Inc., et al. Ct. App. Wis. Certiorari denied.

No. 97–1467. Peterson v. Wisconsin Department of Industry, Labor and Human Relations et al. Ct. App. Wis. Certiorari denied.